UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| IN RE CAUSTIC SODA ANTITRUST LITIGATION | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>1:19-cv-00392<br>1:19-cv-00393<br>1:19-cv-00386<br>1:19-cv-00403<br>1:19-cv-00480<br>1:19-cv-00990<br>1:19-cv-00975 | Lead Case Docket No. 19-cv-00385-EAW-MJR |

<u>NOTICE OF MOTION TO WITHDRAW</u>
<u>PRO HAC VICE MOTIONS</u>

<u>MOTION ON BEHALF OF</u>:    Defendant, **SHINTECH INC.**, by and through its attorneys, **CONNORS LLP**.

<u>DATE, TIME, AND PLACE</u>
<u>OF MOTION</u>:    To be determined by this Court before the Hon. Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.

Oral argument is not requested.

<u>RELIEF REQUESTED</u>:    Withdrawal of the motions for pro hac vice admission of Richard B. Dagen, Brooke J. Oppenheimer, and Evan R. Johnson in the following matters pending before this Court: 1:19-cv-00392; 1:19-cv-00393; 1:19-cv-00386; 1:19-cv-00403; 1:19-cv-00480; 1:19-cv-00990; and

1:19-cv-00975.

**GROUNDS FOR**
**RELIEF REQUESTED:** Western District of New York Local Rule of Civil Procedure 7.

DATED: Grand Island, New York
April 24, 2020

/s/ Andrew M. Debbins
Andrew M. Debbins, Esq.
CONNORS LLP
  *Attorneys for Defendant*
  *Shintech, Incorporated*
1000 Liberty Building
Buffalo, New York  14202
(716) 852-5533
amd@connorsllp.com

TO: All Parties of Record